UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD JI, TDCJ #01575341, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-21-2663 |
| PATRICK L. O'DANIEL, TAMMY SHELBY, MELISSA A. STANBERRY, ASHLEY STANBERRY, SABRA ROBERT, ASHLIE JANAK, and EDITH DIXON, | § § § § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

Based on this Court's Memorandum and Order signed on June 23, 2022, the claims against Defendant Patrick O'Daniel are **DISMISSED without prejudice** for lack of jurisdiction, and based on this Court's Memorandum and Order signed on this date, the claims against Defendants Tammy Shelby, Melissa A. Stanberry, Ashley Stanberry, Sabra Robert, Ashlie Janak, and Edith Dixon are **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Houston, Texas, on this 3rd day of Oct., 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE